Anne M McGurty
9475 E. Purdue Ave Unit 237
ScottsdaleAZ 85258
(480) 527-8811

FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 0 1 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anne M McGurty, <br> Plaintiff, <br> v. <br> Dr. Alanna M. Rebecca, The Mayo Hospital <br> Defendant(s). | CASE NUMBER: **CV-18-01670-PHX-ESW** <br><br> **COMPLAINT** |

## Jurisdiction

This court has jurisdiction over this matter pursuant to §§ . The plaintiff is a resident of Scottsdale, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of Phoenix, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

Dr. Rebecca fell below the level of standard of care. In May 2016, I went to Dr. Rebecca as she claimed to be a "world renowned" surgeon for plastic surgery, specializing in reconstructive surgery related to post-mastectomy patients. What was proposed as a common surgery with a minimal recovery of 2-6 weeks, ended up being over 6 moths of breast surgeries, two bacterial infections, one day of two surgeries due to a punctured device by performing surgeon, ultimately leave the breast area deformed without any breasts. The Mayo Clinic failed to provide an aseptic environment which caused the two infections, pseudomonas in July 2016 and staph infection in October 2016. The damages and harm incurred has left me with hardened scar tissue, continual numbing across my chest area, a disfigured profile, chronic PTSD, severe depression and anxiety affecting my personal and professional coping ability, emotional and economic damage due to sub-part performance at work, loss of future income and advancement and loss of enjoyment of life.

## Demand

I would like to file for damages, loss of income, pain and suffering, and loss of future earnings.
**Damages: $960,000.00** Economic Damages (past and future) Including, but not limited to past and future

medical and therapeutic expense's, including surgeries, past and future lost wages past and future adaptive devices including prosthetic, specialized clothing, medial devices and wheelchairs, and past and future medications. Noneconomic Damages (past and future) Including but not limited to past and future pain, suffering, mental anguish, disfigurement, and inconvenience. The Plaintiff wants a trial by jury.

Date: 6/1/18

Signature of Pro Se Plaintiff
Anne M McGurty
9475 E. Purdue Ave Unit 237
Scottsdale, AZ 85258
(480) 527-8811