# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anne M. McGurty,<br><br>            Plaintiff,<br><br>v.<br><br>Alanna M. Rebecca, et al.,<br><br>            Defendants. | No. CV-18-01670-PHX-GMS<br><br>**ORDER** |

Pending before the Court are Plaintiff's Complaint (Doc. 1) and United States Magistrate Judge Eileen S. Willett's Report and Recommendation ("R&R"), which recommends dismissal of the Complaint without prejudice for lack of federal subject matter jurisdiction (Doc. 7). The Magistrate Judge advised Plaintiff that she had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 3 (citing Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

Plaintiff did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court will accept the R&R and dismiss the Complaint without prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole

or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Willett's R&R (Doc. 7) is accepted.

2. The Complaint (Doc. 1) is dismissed without prejudice for lack of federal subject matter jurisdiction.

3. The Clerk of Court is directed to terminate this action and enter judgment accordingly.

Dated this 3rd day of August, 2018.

_____
Honorable G. Murray Snow
United States District Judge